# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD MCLEAN,** | : | CIVIL NO. 1:19-CV-81 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **LAUREL HARRY**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 23rd day of January, 2020, upon consideration of defendants' motion (Doc. 16), and in accordance with the memorandum issued this date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 16) is GRANTED on the ground that plaintiff did not properly exhaust administrative remedies before filing suit.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania